IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GREGORY ZERKEL and
ASA BOWERS, as successors in interest to
Mason Dixon Natural Resources, LLC,

    Plaintiffs,

    v.                                   Civil Action No 1:11cv19

TRINITY RESOURCES, INC.,

    Defendant.

## ORDER/OPINION

This matter is before the Court pursuant to Plaintiffs' Motion for Costs of Service Against Trinity Resources, Inc. Filed May 31, 2011 [DE9]. The motion was referred to the undersigned United States Magistrate Judge by Order entered June 1, 2011 [DE 11]. Defendant filed its Response on June 22, 2011 [DE 12], stating it did not contest Plaintiff's Motion, and therefore does not object to the Court entering an order granting said motion and ordering Defendant to pay costs of $40.00 for service of process, plus $240.00 for attorney's fees.

Accordingly, and for reasons apparent to the Court, Plaintiff's Motion [DE 9] is **GRANTED**. Trinity Resources, Inc. is **ORDERED** to pay to Plaintiff, through their counsel, the amount of $40.00 for cost of service upon Defendant, and $240.00 for attorney's fees, for a total of $280.00.

    Dated:    June 28, 2011.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE